UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Ray Fairfax**                                            **Docket No. 7:13-CR-58-1D**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Ray Fairfax, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 29, 2014, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Dennis Ray Fairfax was released from custody on September 24, 2021, at which time the term of supervised release commenced.

A violation report was submitted on October 8, 2021, advising Fairfax tested positive for marijuana on October 1, 2021, for usage that was prior to the onset of supervised release. Supervision was permitted to continue.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 22, 2021, the defendant submitted to a urinalysis screening, which was confirmed positive by Alere Laboratories for marijuana. On December 14, 2021, the defendant was confronted with the results from the urinalysis, at which time he admitted using marijuana. Fairfax was verbally reprimanded and expressed remorse. Fairfax is currently attending an approved course of treatment with a local vendor. As a sanction for his non-compliance, it is respectfully recommended that Fairfax perform 12 hours of community service as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                               I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake                                     /s/ Jay Kellum
David W. Leake                                         Jay Kellum
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                         200 Williamsburg Pkwy, Unit 2
                                                         Jacksonville, NC 28546-6762
                                                         Phone: 910-346-5109
                                                         Executed On: December 15, 2021

Dennis Ray Fairfax
Docket No. 7:13-CR-58-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __December__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge